UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JULIE SEFTON, | ) |
| Plaintiff, | ) |
| vs. | ) 2:10-cv-961-RLH-PAL |
| AMERICAN BROKER CONDUIT, *et al.*, | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why the remaining defendants in this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED that the action is hereby dismissed without prejudice as to **AMERICAN BROKER CONDUIT** and **CAPITAL FUNDING GROUP**.

Dated:  February 8, 2011

_____
**ROGER L. HUNT**
**CHIEF UNITED STATES DISTRICT JUDGE**